# EXHIBIT A

From:

Paul & Linda Thomas



To:

The Honorable Judge Bell

c/o JP Davis

Federal Public Defender Western North Carolina

129 West Trade Street 300

Charlotte, NC 28202

Your Honor,

This letter is in support of Johnathan Thomas for his Sentencing Hearing.

We are John's parents, Paul and Linda Thomas. We are based in North Carolina, but we travel the country working with local businesses to sponsor State Park and locally owned campgrounds. We are 62 and 63 years old respectively.

While we travel extensively for work, we speak with John several times a week and see him many times throughout the year. We own a home in Linwood, NC where John has been living with his friend Ashleigh Jordan and their 5-year-old daughter, Julianna. Linda and I have adjusted our work schedule to remain within a day's drive of Linwood, NC for at least the next year.

John is a kind, caring person and a wonderful father to Julie. While Ashleigh works full-time, John spends most of his time caring for Julie and maintaining and improving the property. We have observed him and Julie together on many occasions and they have a great relationship. John dotes on Julie and loves her dearly. He takes her to pre-k and has acted as chaperone for class field trips. They visit parks, go fishing and swimming together and attend various kid events.

John had also been a great help to his grandfather, Luther Thomas, who was 88 years old and a stroke victim and who passed away last October. He often provided caregiver help when the live-in caregiver had to be away.  He did considerable work in his grandfather's yard and on home repair, mostly at his own expense. It has been a great comfort knowing that, if anyone needs help, John is eager to step up.

John, like most people his age, has transitioned through several jobs and has become something of a jack of all trades. He will be working to secure employment after his release so that he can better contribute to his household and community.

He is involved in his community and, before his arrest, joined the Adopt a Highway program.

While high functioning, John is on the Autism spectrum and is ADHD. He suffers from anxiety and other social and emotional issues. He had sought treatment for this but wasn't able to find a good therapy program. I say this not to excuse the actions which led us to this point but to help explain them. He has never and, we believe, will never cause harm to anyone. Sara Hewitt, his mitigation specialist, has found a good therapy program near John's home that will be able to help him when he is released.

We have been proud that, despite his issues, despite the loss of his grandfather while incarcerated, despite the separation from his daughter and the rest of the family, John has accepted responsibility for his actions and kept a positive frame of mind and his behavior in check.

We respectfully ask the court to consider releasing him as soon as possible so that he can receive the psychiatric and medical help he needs to get on track. With John's underlying mental health issues, we believe further incarceration will be extremely detrimental to his mental health and not in the best interest of society or his family.


Respectfully,

Paul & Linda Thomas

You don't often get email from ████████████████   Learn why this is important

EXTERNAL SENDER

The Honorable Judge Bell
c/o JP Davis
Federal Public Defender Western North Carolina
129 West Trade Street 300
Charlotte, NC 28202

Your Honor,

I have known Johnathan since he was first adopted by Mr. & Mrs. Paul T. Thomas. I am writing this with the firm belief Johnathan understands his situation, his plea and his mental health conditions. I am sure upon release he will seek the treatment & therapy found by Sara Hewitt, his mitigation specialist.

He is a father to a lovely daughter that he adores and takes great care of. Jonathan has no desire to be away from her. Therefore, I request he be granted a swift release so he can receive the psychiatric treatment needed as he returns to care for his daughter.

John has a supportive, kind, loving and law abiding family that will stand beside and support him during this time of transition.

Please feel free to contact me if you have any further questions.

Respectfully,

Georgia A. Day



On Feb 25, 2026, at 4:11 PM, Taye Newman ▬▬▬▬▬▬▬▬▬▬ wrote:

Dear Honorable Judge,

I am writing to offer my honest and heartfelt opinion regarding Johnathan Trent's character. I have known Johnathan for several years, and during that time I have come to know him as a thoughtful, compassionate, and hardworking individual whose recent offense is not representative of the person I know him to be.

Johnathan is genuinely considerate of others. I have personally witnessed his kindness on numerous occasions. One moment that stands out to me occurred when a mutual friend of ours lost his job unexpectedly and was struggling to make ends meet. Without seeking recognition, Johnathan organized support among some close friends and contributed financially himself to ensure our friend could cover his rent for their family. He also spent evenings helping me numerous of times on yard and car work. This was not done for praise or

attention—it was simply who Johnathan is. He shows up for people when they need him.

His devotion to family is equally evident. Johnathan consistently prioritizes his loved ones, often rearranging his own schedule to help family members with responsibilities, transportation, or important life events a good example of this is the help he was giving to Mr.Thomas his grandfather. He speaks about his family with deep respect and gratitude, and his actions reflect a strong sense of loyalty and responsibility toward them especially his baby girl!

In my view, Johnathan is a productive member of society. He has always taken his professional responsibilities seriously and has demonstrated a strong work ethic. Employers and colleagues have relied on him because he is dependable, punctual, and willing to put in the effort required to do a job well. He has shown initiative and a desire to grow in his career. I firmly believe that once this case is resolved, he will continue to contribute positively and productively to his community.

I can say with sincerity that the behavior leading to this situation does not align with the responsible and thoughtful person I have known for years. Since his arrest, I have seen genuine reflection, remorse, and humility. He has spoken openly about the lessons he has learned—particularly about accountability, decision-making, and the broader impact of his actions on others. This experience has clearly weighed heavily on him, and I have seen it motivate him to make more careful, deliberate choices moving forward.

Importantly, Johnathan has not responded with denial or blame. Instead, he has taken responsibility and expressed a sincere desire to grow from this mistake. I believe this experience has strengthened his character rather than diminished it. I am confident that he understands the seriousness of the situation and is unlikely to repeat such conduct in the future.

In closing, I respectfully ask that you consider the totality of Johnathan Trent's character—his history of kindness, his dedication to family and work, and his sincere remorse. While he has made a mistake, I truly believe it does not define who he is. He has the capacity, the work ethic, and the moral foundation to move forward as a responsible and productive member of society.

Thank you for your time and consideration.

Sincerely,
Jantaye Newman



Sent from my iPhone